**AFFIRMED; Opinion Filed August 7, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-15-00663-CV
_____

## IN THE INTEREST OF S.H., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-00765-W**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Brown, and Justice Stoddart
Opinion by Justice Stoddart

Appellants Anthony Wayne Handy (Father) and Francis Marie Hunt (Mother) appeal the

trial court's final order terminating each of their parental rights to their minor child, S.H.

Father's and Mother's appointed counsel filed motions to withdraw, along with *Anders* briefs

asserting the appeals are without merit and there are no arguable grounds for reversal. *See*

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967). We affirm the trial court's judgment

and grant counsels' motions to withdraw.

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order

terminating parental rights when, as here, appellants' appointed counsel conclude there are no

non-frivolous issues to assert on appeal. *See In re D.*D., 279 S.W.3d 849, 849–50 (Tex. App.—

Dallas 2009, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.]

2004, no pet.); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.). A

court of appeals is not required to address the merits of claims raised in an *Anders* brief. *See In*

*re D.D.*, 279 S.W.3d at 850 (*citing Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005)). Rather, this Court's duty is to determine whether there are any arguable grounds and, if so, to remand the case to the trial court so new counsel may be appointed to address the issues. *See id.*

Counsel for Father and counsel for Mother filed *Anders* briefs in which they conclude that, after a thorough review of the record, the parties' appeals of the termination of their parental rights are frivolous and without merit. *See Anders*, 386 U.S. at 744; *In re D.E.S.*, 135 S.W.3d at 327, 330; *In re K.D.*, 127 S.W.3d at 67. Father's and Mother's counsel certified that they delivered copies of the briefs to Father and Mother, respectively, and informed them of their rights to examine the appellate record and to file responses. *See In re D.D.*, 279 S.W.3d at 850. Neither Father nor Mother filed a pro se response.

We independently reviewed the entire record and counsels' *Anders* briefs. We agree with counsels' assessments that the appeals are frivolous and without merit. We find nothing in the record that could arguably support the appeal. Accordingly, we affirm the trial court's final order terminating Father's and Mother's parental rights to their child and grant counsels' motions to withdraw. *See In re D.D.*, 279 S.W.3d at 850.

/Craig Stoddart/
_____
CRAIG STODDART
150663F.P05                                        JUSTICE

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.H., A CHILD

No. 05-15-00663-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 14-00765-W.
Opinion delivered by Justice Stoddart. Chief Justice Wright and Justice Brown participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 7th day of August, 2015.